UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RECEIVED
SDNY PRO SE OFFICE
2017 APR -7  AM 10: 44
S.D. OF N.Y.

_BENTER  AWINYI_

Write the full name of each plaintiff.

# 17 CV 2521

(Include case number if one has been assigned)

-against-

1) MR. LELEN —DIRECTOR  5) MS WILLIAMS—DHS POLICE

2) MS ANGLA —ASW DIRECTOR

3) MS WILLIAMS —ASW DIRECTOR

4) MS GEORGE MAC GOVERA

Write the full name of each defendant. If you need more space, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section II.

## COMPLAINT

Do you want a jury trial?
☑ Yes   ☐ No

---

### NOTICE

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

## I.  BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation, and the amount in controversy is more than $75,000, is a diversity case. In a diversity case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal-court jurisdiction in your case?

☐  **Federal Question**

☑  **Diversity of Citizenship**

## A.  If you checked Federal Question

Which of your federal constitutional or federal statutory rights have been violated?

N/A

## B.  If you checked Diversity of Citizenship

### 1.  Citizenship of the parties

Of what State is each party a citizen?

The plaintiff, ___BENZER AKINYI___, is a citizen of the State of
            (Plaintiff's name)

___KENYA___
(State in which the person resides and intends to remain.)

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____.

If more than one plaintiff is named in the complaint, attach additional pages providing information for each additional plaintiff.

If the defendant is an individual:

The defendant, _MR LELEN, MS WILLIAMS, MS ANGLAB_, is a citizen of the State of
(Defendant's name) _MS WILLIAMS, MS GEORGE MACGOVERA_

_UNITED    STATES_

or, if not lawfully admitted for permanent residence in the United States, a citizen or
subject of the foreign state of

_____.

If the defendant is a corporation:

The defendant, _____N/A_____, is incorporated under the laws of

the State of _____N/A_____

and has its principal place of business in the State of _____N/A_____

or is incorporated under the laws of (foreign state) _____N/A_____

and has its principal place of business in _____N/A_____.

If more than one defendant is named in the complaint, attach additional pages providing
information for each additional defendant.

## II. PARTIES

## A. Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional
pages if needed.

_BENTER_          —          _AKINYI_
First Name          Middle Initial          Last Name

_78 CATHERINE STREET_
Street Address

_____

County, City                    State                Zip Code

_____

Telephone Number                    Email Address (if available)

## B. Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. Attach additional pages if needed.

Defendant 1:     MR. LELEN

First Name                          Last Name

DIRECTOR OF LIFE FAMILY RESIDENCE SHELTER

Current Job Title (or other identifying information)

78 CATHERINE STREET

Current Work Address (or other address where defendant may be served)

MANHATTAN          NY          10038

County, City                 State              Zip Code

Defendant 2:     MS ANGLA

First Name                          Last Name

ASW DIRECTOR AT LIFE FAMILY RESIDENCE SHELTER

Current Job Title (or other identifying information)

78 CATHERINE STREET

Current Work Address (or other address where defendant may be served)

MANHATTAN          NY          10038

County, City                 State              Zip Code

Defendant 3:     MS WILLIAMS

First Name                          Last Name

CASE WORKERS DIRECTOR AT LIFE FAMILY RESIDENCE SHELTER

Current Job Title (or other identifying information)

78 CATHERINE STREET

Current Work Address (or other address where defendant may be served)

MANHATTAN          NY          10038

County, City                 State              Zip Code

DEFENDANT4: MS GEORGE MACGOVERA

PJG SECURITY EMPLOYEE

78 CATHERINE STREET

MANHATTAN   NY

10038

Defendant 5    MS WILLIAMS
_____
First Name              Last Name

DHS POLICE AT 78 CATHERINE STREET LIFE FAMILY SHELTER
_____
Current Job Title (or other identifying information)

78 CATHERINE STREET
_____
Current Work Address (or other address where defendant may be served)

MANHATTAN              NY          10038
_____
County, City            State       Zip Code

## III. STATEMENT OF CLAIM

Place(s) of occurrence: AT 78 CATHERINE STREET LIFE FAMILY RESIDENCE SHELTER

Date(s) of occurrence: DIFFERENT DATES AS PER ATTACHED DOCUMENTS WITHIN THE

**FACTS:** PERIOD 03/01/2017 — 04/07/2017

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and what each defendant personally did or failed to do that harmed you. Attach additional pages if needed.

SEE ATTACHMENTS

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

THESE PEOPLE TOGETHER AND COLLECTIVELY EXPOSED ME TO TERRIBLE MENTAL TORTURE, VERBAL & SEXUAL HARASSMENT, PSYCHOLOGICAL, FINANCIAL AND VERBAL ABUSE ON GENDER, RACE, COLORS COUNTRY OF ORIGIN AS WELL AS SOME FORMER USA LEADERS RELATED TO KENYA AS A COUNTRY MAKING ME LOSS OUT ON EMPLOYMENT WORKSHOPS, INTERVIEWS, FINANCES AND MAKING BOTH MYSELF AND MY YOUNG FAMILY BACK IN KENYA DEPRESSED.

**IV. RELIEF**

State briefly what money damages or other relief you want the court to order.

$ 1,000,000 in form of money damages plus punishment that the courts feels best suits them as all those people who have passed through this shelter have been exposed to even terrible abuse more than what I have gone through from their inefficiencies, Demonic & bossy attitude towards shelter families at 78 catherine street life family residence shelter and maybe all other shelters where they have worked at before.

## V.  PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

| | | |
|---|---|---|
| 04/07/2017 | | _Bryan_ |
| Dated | | Plaintiff's Signature |
| BENTER | — | AKINYI |
| First Name | Middle Initial | Last Name |
| 78 CATHERINE STREET | | |
| Street Address | | |
| MANHATTAN | NY | 10038 |
| County, City | State | Zip Code |
| 212 312 4717 | | bomiela2015@gmail.com |
| Telephone Number | | Email Address (if available) |

I have read the Pro Se (Nonprisoner) Consent to Receive Documents Electronically:
☐ Yes   ☑ No

  If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.

of the Supreme Court of the State of
New York, held in for the County of
New York at the County Courthouse,
60 Centre Street, New York, N. Y.,
on the ⟍ day of _____ 200⟍7

PRESENT: HON. _____ **HON. EILEEN BRANSTEN**
_____
Justice of the Supreme Court
J.S.C
------------------------------------------------x
In the Matter of the Application of

*BENTER   AKINYI*
_____,
**[fill in name(s)]**          Plaintiff(s)/Petitioner(s)

For permission to Prosecute as a Poor Person an Action/Proceeding
pursuant to Article 11 of the Civil Practice Law and Rules
     - against -

Index Number

_____

**POOR  PERSON ORDER**

1) *MR. LELEH -DIRECTOR OF LIFE FAMILY RESIDENCE SHELTER  ON 78 CATHERINE STREET MANHATO*
2) *MRS. COOME -DIRECTOR OF HELP USA WOMEN SHELTER  ON 116 WILLIAM STREET BROOKLYN*
_____
**[fill in name(s)]**          Defendant(s)/Respondent(s)
------------------------------------------------x

Upon the annexed affidavit of *BENTER   AKINYI* **[your name]**, plaintiff/petitioner
sworn to, *03/22*, 200*7*, **[date Affidavit in Support signed in front of a notary]**, the
summons/summons with notice/ verified complaint/petition and certificate of _____
Esq., dated *03/22/*, 200*7*.

And it being alleged that said plaintiff/petitioner has a good cause of action or claim based
upon **[briefly describe the nature of the lawsuit]** *TERRIBLE MENTAL TORTURE, VERBAL &*
*SEXUAL HARASSMENT, ABUSE ON RACES COLOUR AS WELL AS LOSS OF FINANCIAL*
*GAINS, CONTACTS, & DEPRESSION BOTH TO ME AND MY YOUNG FAMILY IN KENYA*

And it being alleged that he/she is unable to pay the costs, fees and expenses to prosecute
this action, and that there is no other person beneficially interested in the action thereof,

Now on motion of *BENTER   AKINYI* **[your name]** plaintiff/petitioner it is hereby

Ordered that, plaintiff/petitioner is permitted to prosecute this action as a poor person against
**[name(s) of defendant(s)/respondent(s)]** *MR. LELEN DIRECTOR OF LIFE FAMILY*
*RESIDENCES, ON 78 CATHERINE STREET MANHATTAN AND MRS. COOME DIRECTOR OF*
*HELP USA WOMEN SHELTER IN BROOKLYN 116 WILLIAM STREET* and it is further

Ordered that any recovery by judgment or settlement in favor of the plaintiff/petitioner shall be
paid to the Clerk of the Court to await distribution pursuant to court order, and it is further

Ordered that the Clerk of this Court is directed to make no charge for costs or fees in
connection with the prosecution of this case, including one certified copy of the judgment.

*CPLR 1101(b)*
*∏ must get a*
*certificate from*
*either from an attorney who*

ENTER:

*decline to sign*

**HON. EILEEN BRANSTEN** J.S.C.
**J.S.C**

'-06

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

In the Matter of the Application of

-------------------------------------------------------X

_BENTER AKINYI_

**[your name]**                    Plaintiff(s)/Petitioner(s)

**Index Number**

_____

For Permission to Prosecute as a Poor Person an
Action/Proceeding pursuant to Article 11 of the CPLR
- against -

_MR. LELEH & MS COOME_

**AFFIDAVIT IN SUPPORT OF
APPLICATION TO PROCEED
AS A POOR PERSON**

_____

**[fill in name(s)]**              Defendant(s)/Respondent(s)

-------------------------------------------------------X

STATE OF NEW YORK)
COUNTY OF NEW YORK)   ss:

_____BENTER AKINYI_____ **[your name]**, being duly sworn, says:

1. I reside at _78 CATHERINE STREET LIFE FAMILY RESIDENCE_____, **[your
address]**, in the State of New York, and I have resided in the State of New York for the past
_22 DAYS_ years **[consecutive years of residence in New York State]**.

2. I am about to commence a lawsuit for **[briefly describe why you are bringing a lawsuit]**
_IN THESE TWO SHELTERS, I HAVE BEEN EXPOSED TO TERRIBLE MENTAL, SEXUAL
VERBAL HARASSMENT, ABUSE ON RACISM (COLOR AS WELL AS LOST MY PHONE
AND ANY TIME I TRY TO ASK FOR EVEN A WRITTEN REPORT FROM THE SECURITY HEADS I AM THROWN
OUT OF THE FACILITIES USING DHS POLICE ON THE GROUND, AS A PHD FINANCE THESIS INTERNATIONAL
STUDENT, MOTHER AND PROFESSOR, I HAVE LOST FINANCIAL GAINS FROM ACADEMIC WEBINARS, LACK OF
                                        COMMUNICATION TO MY FAMILY IN AFRICA AND LOST CONTACT._
3. My source(s) of income is/are **[state how you earn all of your income, including any
government benefits]**

I am employed at **[name of employer]** _HOMELESS WOMAN_
and earn **[amount]** $ ___0___ **[circle one]** monthly/yearly.

I receive government benefits from **[identify source]** ___N/A   NONE___
in the amount of $ ___0___ **[circle one]** monthly/yearly.

All other sources of income are **[identify source and amount]** ___N/A   NONE___
___N/A   NONE___

I support myself and **[identify members of household]** ___SELF___
___N/A   NONE___

I have a balance of **[amount]** $ ___0___ in my bank account(s).

12-06

[Submit current proof of amount of income, for example, employer's pay stub, pension letter, social services budget letter, SSI award letter. Attach a copy of a photo I.D.].

4. My property and its value is as follows [personal property includes, for example clothing, jewelry, furniture, car, real estate and so on. Give total dollar value]  _NONE_

_____ N/A _____

5. I make this application pursuant to Section 1101 of the Civil Practice Law and Rules upon the ground that I am unable to pay costs, fees, and expenses necessary to pursue my case and am unable to obtain the funds to do so, and unless an order is entered relieving me from the obligation to pay, I will be unable to prosecute my case.

6. No other person is beneficially interested in the recovery sought herein.

7. No previous application for the same or similar relief has been made by me in this case except: _____ NONE

_____ N/A _____

[If any previous request has been made, give a description of where, when and by whom the request was made, the result, and if the application was unsuccessful, why you believe you are entitled to apply again].

WHEREFORE, I respectfully ask for an order permitting me to prosecute this action as a poor person.

Sworn to before me
22 day of __March__ , 200_7_

_Kenneth Cardez_
Notary Public
Plaintiff/Petitioner
[sign your name in front of a notary]

_BENTER AKINI_
[print your name]

KENNETH CARDEZ
Notary Public, State of New York
Reg. No. 04CA6351839
Qualified in New York County
Commission Expires Dec. 12, 20_20_

2

PPOAff12-06

ON 03/21/2017 11:00 AM, I, Stephanie Darrisaw, Case Manager  HAVE EXPLAINED TO THIS CLIENT THE CONSEQUENCES OF CONTINUED VIOLATIONS OF ILP AND CLIENT RESPONSIBILITY REQUIREMENTS AND HAVE GIVEN THE CLIENT NOTICE WHICH STATES THAT CLIENT HAS A RIGHT TO AN AGENCY CONFERENCE OR FAIR HEARING TO CHALLENGE THE ILP VIOLATION.

COMMENTS:

I have assisted in the development and understand the above Service/Independent Living Plan, as required by regulation, as provision for achieving self-sufficiency and housing.  I further understand that failure to comply with the development and completion of this plan, any Public Assistance or housing requirement as prescribed by 18 NYCRR Sections 352.35 & 900.10(c)(1), may result in discontinuance of my temporary housing.  Appendix A also contains requirements that you must meet.  Please see Appendix A for additional requirements.

Client's Signature _____  Date __03/21/2017__

Caseworker's Signature _____  Date 3/21/2017

Supervisor's Signature _____  Date _____

DHS Form 12A
Rev 12 12/22/2011

CARES Case Number: 10376344
Generated: 03/21/2017 11:00 AM

2 of 2

DOC|INDEPENDENT_LIVING_PLAN

# NYC Department of Homeless Services

## The City of New York Department of Homeless Services

### Appointment Slip

Date: 03/07/2017                    Triage Date: 02/23/2017                    Head of Case: Akinyi Benter
Case Number: 10376344          Case Composition: 1/0

**Subject:** ILP Document Review for Akinyi Benter
**Date & Time of Appointment:** 03/21/2017 10:00 AM
**Location:**
**Appointment Type:** ILP Review
**Comments/Checklist/Outstanding Documents:**

**Invitees:**
Stephanie Darrisaw
Akinyi Benter

**Additional Information, if required:**

**Appointment Slip:**    1st Issued ☐         2nd Issued ☐

**Additional Reasons for Appointment:** ☐ Proof of Eviction   ☐ Birth Certificate   ☐ Proof of Family Unit
☐ Other

**Service Rendered:** ☐ In Person   ☐ Under Facility Door

**Please write any additional comments below:**



_____          X  03/7/2017 . 10:30 AM
Applicant's Signature                          Date & Time Served

_____          _____
Supervisor's Signature                         Date & Time Served

If you are unable to keep this appointment, please call:

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖

DOC|APPOINTMENT_NOTIFICATION

Client was seen at 10:51am

1 of 2
CARES Case Number: 10376344
Generated: 03/07/2017 10:32 AM

# NYC Department of Homeless Services

## General Referral Form

**Date of Referral:** 03/15/2017          **Time of Referral:** 10:16 AM

**Referral Source:** Other              **Referral Type:** Other External Referral

**Date of Appointment:**                **Time of Appointment:**

### Provider Details

**Provider Name:** Catherine St

**Provider Phone Number:**

**Provider Address:**

**Street:** 78 CATHERINE STREET          **City:** NEW YORK

**State:** NY                           **Zip Code:** 10038

### Referred Case Composition:

| Case Member Name | Date of Birth | Age | Gender | Relationship to Head of Case |
|---|---|---|---|---|
| 1) Akinyi Benter | 12/12/1977 | 39 | Female | Head of Case/Self |

**Reason for Referral:**

clothing referreral

**Referring Worker:** SDARRISA

**Phone Number:** 212-312-4717

**Referral Disposition:**

03/21/2017

Has never seen this lady incharge since 03/15/2017 and the police on guard refuses to let me in the room 114 where the clothing referral is that they need a name written on this sheet. They send me back to my case worker to put in a name and she tells me that they are not allowed to put in a name as nobody else is allowed to know who she/he is apart from me. My case workers in the clothing departments incharge which to me is a good thing. These DHS police in this shelter should be raised

**DHS**
NYC Department of Homeless Services

**LIFE Family Residence**
**78 Catherine Street**
**New York, NY 10038**
**Resident's Referral Form**

| DATE | CASE NAME | CASE NUMBER | ROOM |
|---|---|---|---|
| 3/1/2017 | **Akinyi Benter -** | 1769990 | 237-31 |

### AGENCY FROM WHICH SERVICES ARE REQUESTED

__x__ H.R.A.    __✓__ N.Y.C.H.A.    __x__ HEAD START    __x__ OTHER
__x__ S.S.A. ✓    __x__ EMPLOYMENT    __✓__ DEPARTMENT OF EDUCATION

| AGENCY NAME AND ADDRESS<br>DHS    Life Program | AGENCY WORKER<br>Ms. Darrisaw | WORKER'S #<br>212-312-4717 |
|---|---|---|

### FAMILY COMPOSITION AND INFORMATION

| NAME | SEX | Social Security# | Birth date | |
|---|---|---|---|---|
| Akinyi Benter | F | XXXX | 12/12/1977 | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

To Whom It May Concern. This referral is to verify that the above named are presently residing in the Life Family Residence Shelter. They have been residents since 3/1/2017

**Thanking you in advance.**

**Should you need additional information please feel free to call the number below.**

| FACILITY WORKER'S SIGNATURE | TELEPHONE #<br>**212-312-4717** | DATE |
|---|---|---|
| **Ms. Darrisaw** | | **3/1/2017** |

*Ms Darrisaw's Email ✓*
*sdarrisa@dhs.nyc.gov*



HELP USA
Building Better Lives

## RESIDENT/TENANT/CLIENT COMPLAINT FORM
### Site: *Help Woman's Center*

If you wish to issue a complaint or a concern or make us aware of a situation, please write your complaints/concerns/information on this form and give it to either your Case Manager, a Safety Monitor, a Supervisor or place it in the Suggestion Box. If you wish to remain anonymous, omit your name and unit number and place the completed form in the Suggestion Box. Please be as specific as possible and give names, date and time of each incident.

Resident/Tenant/Client Name: *BETTER AKINYI*   Unit/Apt. #: *4044*

Head of Household: _____   Date: *02/25/2017*

My complaint/concern/information is as follow: *I LEFT MY IPHONE ON THE CHARGING CABLE AS I WAS DRYING MY CLOTHES IN THE LAUNDRY AND NOTICED ONE OF MY WHITE CLOTH WAS STAINED SO I WENT TO WASH IT OUT INSIDE THE BATHROOM FOR ONE MINUTE AND BY THE TIME I CAME BACK SOMEONE HAD UNPLUGGED MY IPHONE AND LEFT MY CHARGER ON WITH MY POWER CABLE (BETWEEN 12:30PM – 1PM)*

## FACILITY RESPONSE

Reviewed by: *Wilfredo Fuentes, Jr.*   Date: *3/7/2017*

Findings: *CCTV System Review Camera feeding to the 1st Floor Laundry Area Can't View due to Hard Drive Down & not Viewable. Date & Time provided.*

_____

_____

_____

Action Taken: _____

Regardless of which staff member receives the initial completed form, all forms are to be immediately forwarded to the Regional Vice President/Regional ED/ED/Program Director/Property Manager





**NEW YORK STATE**

ID NUMBER  ZT50694T

CARD NUMBER  600486 8128 1506 940 31

DOB  12/12/1977

LAST NAME  BENTER

FIRST NAME / M.I.  AKINYI

600486
ACCESS NUMBER  8128 1506 940

SEQ #  31

1) MS WILL ~ ~~~~~~~
2) Andikwe - ASW Sivisor
3) Hawttey - ASW Supervintendent

4) Kevea Thomas - FJC security
Lady
who was in
ASW office at
6:15 Am when
All those happened

**Client Grievance Procedure – Appendix A**

THESE 3 PERSONS ARE NOT FIT TO
EVERY LIVE NEAR HUMAN BEINGS AS
THEY ARE SO DEMONIC, BOSSY & ABUSIVE
THEY ALL BELONG TO JAILS THEY
WILL ANSWER ME AND SEVERAL OTHER AGRIEVED HUMAN BEINGS IN COURT SS

# NYC
**Department of**
**Homeless Services**

Seth Diamond
Commissioner

## CLIENT GRIEVANCE FORM

**Clients have the right to bring complaints without fear of reprisal or being deprived of shelter.**

**INSTRUCTIONS:** Clients must complete **Section I** and submit this form, along with any supporting materials, to the Program/Facility Director or to his/her Case Manager. If the subject of this form concerns that Director or Case Manager, clients should submit this form to the DHS Office of Client Advocacy ("OCA"). Any Director, or OCA, receiving a completed form must complete **Section II** and return it to the Client within seven (7) business days.

**Section I:** (To be completed by the Client)

Name: _Beater   Akinyi_

Address/Facility/Program: _321 ~ 059_

Social Security/Case Number: _N/A_     Phone: _N/A_

Signature: _Benjamin_     Date: _04/07/2017_

**Describe the Grievance (attach additional sheets and supporting documentation as appropriate):**

AT AROUND 6:05AM, I WENT DOWNSTAIRS TO ASW OFFICE TO REQUEST
FOR A GRIEVANCE FORM AND FOUND A SECURITY LADY, MS KEVEA THOMAS
ALL ALONE INSIDE THE ASW OFFICE AND I WAS SHOCKED WHEN SHE ASKED ME
PTO

**Section II:** (To be completed by the Director, or OCA, in seven (7) days)

Name/Title: _____

Facility/Program: _____

Address: _____

Phone: _____     Date Received: _____

Signature: _____

**Written Explanation or Resolution of Response (attach additional sheets and supporting documentation as appropriate):**

_____
_____
_____
_____



IF SHE CAN HELP [...] ONES ON DUTY.
TODAY AT ASW OFFICE BUT SHE SAID THAT ASW MR. "A" IS ON ROUNDS. I
THEN ASKED HER TO GIVE ME A GRIEVANCE FORM AND A NAME OF THE
STAFF WHO SITS ON SUPPLIES OFFICE. THE LIGHT SKINED LADY WHO PUTS
A RED OVERAL. SHE THEN CALLED FOR ASW ON HER WALKIE TALKIE AND W:
STARTED TALKING WOMEN TALKS WITH HER. ABOUT HER "WONDERFUL" HAIRST
AND MY "BEAUTIFUL" TOP. SUDDENLY, MR. ANDIKWE APPEARED AND SHE
POINTED TO HIM. SAYING "THATS MR. "A" I LAUGHED AND REQUESTED
MR. ANDIKWE FOR A GRIEVANCE FORM AND A NAME OF THE STAFF WHOM
I DESCRIBED TO HIM AND TOLD HIM SHE ALWAYS SITS ON SUPPLIES OFFIC
LIGHT SKINED AND PUTS ON A RED OVERAL, SOMETIMES SHE CLEANS THE
KITCHEN AND THAT SHE IS THE ONE WHO WAS ON DUTY YESTERDAY
EVENING INSIDE THE SUPPLIES OFFICE. HE ARROGANTLY TOLD ME THAT HE
DOESNT KNOW WHO I AM TALKING ABOUT AND THAT I SHOULD WAIT
TILL I SEE THEM TO ASK HER NAME. HE INSISTED THAT A LOT OF PEOPLE
OPERATIONS PUTS ON A RED OVERAL. MR. HARTLEY WAS STANDING BEHIN
ME ALL THIS TIME AND TOLD MR ANDIKWE A NAME OF WHO I WAS
DESCRIBING BUT I DIDNT HEAR IT AS HE SAID IT AS HE WALKED TO MR.
ANDIKWE INSIDE THE OFFICE ON A LOW TONE. I ASKED HIM TO TELL ME THE
NAME THAT MR. HARTLEY HAS TOLD HIM BUT HE ADAMANTLY REPEATED?
ME THAT HE DOESNT KNOW WHO I AM TALKING ABOUT,

MR. HARTLEY STARTED TALKING LOUDLY TO ANDIKWE WHO NOL
DECIDED TO CONCENTRATE ON WHAT MR. HARTLEY WAS TELLING HIM A
DIDNT GIVE ME THE GRIEVANCE FORM. I TOLD HIM TO HAND ME THE FORM
SO THAT I CAN GO AHEAD TO THE CAFETERIA FOR MY BREAKFAST AND
LEAVE THEM TO DISCUSS WHATEVER ISSUE THEY WERE DISCUSSING BUT HE TO
ME TO SHUT UP. MR. HARTLEY THEN TOLD ME SO ARROGANTLY AND
LOUD TO WAIT, TILL HE IS DONE WITH MR. ANDIKWE AS HE IS THE "BOSS
I TOLD HIM THAT HE FOUND ME THERE AND ALL I NEED IS A GRIEVANCE
3RM, WHY IS HE BEING DISRESPECTFUL? THE DHS POLICEWOMAN ON DUTY
I THE DESK JOINED THEM TO HARASS ME, TELLING ME TO GET OUT OF THE
AREA THAT I AM DISTURBING HER PLACE. I WONDERED WHATS WRONG WITH TH
IS I WASNT EVEN NEAR HER DESK AND I WAS TALKING TO ASW OFFICERS ON
MY OWN FEELING AS I WAS WAITING FOR A REQUEST WHICH THEY WERE REFUSING TO
[...] TO ME. MRS WILLIAMS DHS POLICE TOLD ME THAT THEY ASW HAD TOLD M
[...] TO GO AWAY & COME BACK LATER, WHICH WAS A BIG LIE
[...] I DECIDED TO ASK HER WHO SAID THA