UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BENTER AKINYI,

                Plaintiff,

-against-

MR. LELEN, DIRECTOR; MS. WILLIAMS, DHS POLICE; MS. ANGLA, ASW DIRECTOR; MS. GEORGE MACGOVERA,

                Defendants.

17-CV-2521 (CM)

CIVIL JUDGMENT

Pursuant to the order issued June 20, 2017, dismissing the complaint,

IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed under 28 U.S.C. § 1915(e)(2)(B)(ii). The Court declines to exercise supplement jurisdiction over any state law claims that Plaintiff may be asserting. 28 U.S.C. § 1367(c)(3).

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:   June 20, 2017
            New York, New York

_____
COLLEEN McMAHON
Chief United States District Judge